**Peter HRONEK, Plaintiff–Appellant,**

v.

**SECRETARY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant–Appellee.**

**No. 03–1930.**

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 9, 2003.

Decided Oct. 16, 2003.

Peter Hronek, Appellant Pro Se. Ariana Wright Arnold, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, KING and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Peter Hronek appeals the district court's order dismissing his federal tort claims act complaint. We have reviewed the record and find no reversible error.

Accordingly, we affirm for the reasons stated by the district court. *See Hronek v. Secretary, Dep't of Health & Human Servs.,* No. CA–03–339–1–CCB (D.Md. filed July 7, 2003 & entered July 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*